UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

STEPHEN D. SHELTON,
Institutional ID No. 01869779,
SID No. 07883783,

    Plaintiff,

v.

SUSAN BOEDEKER, *et al.*,

    Defendants.

No. 1:23-CV-00117-H

## JUDGMENT

The Court has entered its order accepting the findings, conclusions, and recommendation of the United States Magistrate Judge in this case. It is ordered, adjudged, and decreed that this civil-rights complaint is dismissed with prejudice for failure to state claim under 28 U.S.C. §§ 1915 and 1915A. Plaintiff's state-law claims are dismissed without prejudice for lack of jurisdiction.

Dated October 2, 2025.

_____
JAMES WESLEY HENDRIX
United States District Judge